# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00450-UWC-JEO |
| | ) | |
| LUIS ANTONIO PEREZ-GONZALEZ | ) | |

## **MEMORANDUM OPINION**

This matter is before the court on the defendant's motion to suppress the marijuana that was seized as a consequence of a traffic stop and any oral statements made by the defendant after his purportedly illegal arrest. (Doc. 13). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to suppress the evidence and any statements made subsequent to his arrest is due to be denied. An appropriate order will be entered.

Done this the 9th day of January, 2006.

U.W. Clemon
Chief United States District Judge